CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

8/31/18

JULIA C. DUDLEY, CLERK
BY:   s/ K. DOTSON
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| TROY B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:17-cv-00007 |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | By:  Elizabeth K. Dillon |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER AND FINAL JUDGMENT**

In this social security case, defendant Nancy Berryhill, Acting Commissioner of the

Social Security Administration, moved for summary judgment under Federal Rule of Civil

Procedure 56.  Pursuant to Local Rule 4, plaintiff Troy B. filed a brief asking for reversal of the

Commissioner's decision and for a grant of benefits.  (Dkt. No. 12.)  Pursuant to 28 U.S.C.

§ 636(b)(1)(B), the case was referred to U.S. Magistrate Judge Joel C. Hoppe for a report and

recommendation (R&R).

On May 14, 2018, a hearing was held on the motion, and on May 31, 2018, the magistrate

judge issued his R&R, recommending that the court deny the Commissioner's motion, reverse

the Commissioner's final decision, and remand the case for further administrative proceedings.

(Dkt. No. 17 at 1.)  The magistrate judge also advised the parties of their right under 28 U.S.C.

§ 636(b)(1)(C) to file written objections to his proposed findings and recommendations within 14

days of service of the R&R.  (*Id.* at 21.)

The deadline to object to the R&R has passed, and no party has filed an objection.  "[I]n

the absence of a timely filed objection, a district court need not conduct a *de novo* review, but

instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Upon reviewing the record, the court is satisfied that there is no clear error on the face of the R&R.  Accordingly, the court hereby ORDERS as follows:

1.      The R&R (Dkt. No. 17) is ADOPTED;

2.      The Commissioner's motion for summary judgment (Dkt. No. 13) is DENIED;

3.      The Commissioner's final decision is REVERSED;

4.      The case is REMANDED for further administrative proceedings consistent with the R&R, pursuant to sentence four of 42 U.S.C. § 405(g); and

5.      The case is STRUCK from the court's active docket.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: August 31, 2018.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge